IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Steven M | Case Number: 07 B 08797 |
|---|---|---|
| | Smith, Shirley W | Judge: Wedoff, Eugene R |
| | Printed: 7/22/08 | Filed: 5/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 5, 2008
Confirmed: July 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,288.26 | |
| Secured: | | 320.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,844.71 |
| Trustee Fee: | | 123.55 |
| Other Funds: | | 0.00 |
| Totals: | 2,288.26 | 2,288.26 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,434.00 | 1,844.71 |
| 2. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | Nationwide Acceptance Corp | Secured | 1,690.00 | 320.00 |
| 4. | Ocwen Loan Servicing LLC | Secured | 8,991.75 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 364.55 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 1,065.93 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 317.68 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 520.57 | 0.00 |
| 9. | Midland Credit Management | Unsecured | 161.10 | 0.00 |
| 10. | United Collection Bureau Inc | Unsecured | 555.32 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 760.53 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 472.15 | 0.00 |
| 13. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 14. | Comcast | Unsecured | | No Claim Filed |
| 15. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 16. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 17. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 19. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 20. | West Asset Management | Unsecured | | No Claim Filed |
| | | | $ 18,333.58 | $ 2,164.71 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 123.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Smith, Steven M | Case Number:  07 B 08797 |
| Smith, Shirley W | Judge:  Wedoff, Eugene R |
| Printed:  7/22/08 | Filed:  5/15/07 |

_____
$ 123.55

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

